# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEBRA CONNOR,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant(s).

Case No. 2:23-cv-01267-JAD-NJK

**Order**

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by November 29, 2023.

    IT IS SO ORDERED.

    Dated: November 20, 2023

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

1