# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEBRA CONNOR,

    Plaintiff(s),

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant(s).

Case No. 2:23-cv-01267-JAD-NJK

**ORDER**

    The deadline to file a joint proposed pretrial order expired on May 28, 2024.  Docket No. 13.  The parties must file a joint proposed pretrial order by June 10, 2024.

    IT IS SO ORDERED.

    Dated: June 3, 2024

                                                Nancy J. Koppe  
                                                United States Magistrate Judge