Yitzchak Zelman, Esq.
Pro Hac Vice
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Tel:  (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorney for Plaintiff*
*Debra Connor*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBRA CONNOR,<br><br>Plaintiff,<br><br>-against-<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Civil Case Number: 2:23-cv-01267-JAD-NJK<br><br>ECF No. 16 |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Debra Connor and Defendant Equifax Information Services, LLC ("The Parties") hereby stipulate to a dismissal of all of Plaintiff's claims against Defendant in the above-captioned matter, with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: June 4, 2024

| | |
|---|---|
| /s/ Yitzchak Zelman<br>Yitzchak Zelman, Esq.<br>Marcus & Zelman, LLC<br>701 Cookman Avenue, Suite 300<br>Asbury Park, NJ 07712<br>Telephone: 732.695.3282<br>Email: yzelman@marcuszelman.com<br>*Attorney for Plaintiff* | /s/ Gia Marina<br>Gia Marina, Esq.<br>Clark Hill PLC<br>1700 South Pavilion Center Drive Ste 500<br>Las Vegas, NV 89135<br>Telephone: (702) 862-8300<br>Email: gmarina@clarkhill.com<br>*Attorney for Defendant* |

## ORDER

Based on the parties' stipulation [ECF No. 16] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 6, 2024